UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCES LEE, and<br>TIMOTHY LEE,<br><br><br><br>    Defendants. | No. CR 09-0415 WHA<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER<br>FINDING EXCLUDABLE TIME;<br>SPEEDY TRIAL ACT<br>18 U.S.C. § 3161(h)(7)(A) & (B)(iv) |

## **STIPULATION**

The parties hereby stipulate as follows:

1. The parties appeared before the Court on April 21, 2009 for initial appearance and arraignment on the information in the above-captioned case. Both defendants were present. Defendant Frances Lee was represented by counsel Raymond Schwarte for counsel Douglas Horngrad. Defendant Timothy Lee was represented by counsel John

[PROP.] ORDER
[CR 09 0415] [VRW]                    1

1  Runfola.  Assistant United States Attorney Susan Badger appeared on behalf of the
2  United States.
3       2. The parties agreed, and the Court ordered, that the next appearance in the case
4  will take place before U.S. District Judge William H. Alsup on May 12, 2009 at 2:00 p.m.
5       3. The parties stipulate and agree that the time between April 23, 2009 and May
6  10, 2009 is excludable from the time requirements of the Speedy Trial Act, 18 U.S.C. §
7  3161(h)(7)(A) & (B)(iv) due to the fact that counsel for the government is going to be
8  unavailable and out of the office during that period of time, and in order to provide
9  continuity of government counsel and reasonable time necessary for effective preparation,
10 taking into account due diligence.

12 DATED: 4/23/2009                JOSEPH P. RUSSONIELLO
                                   United States Attorney

15                                 _____/s/_____
                                   SUSAN E. BADGER
                                   Assistant United States Attorney

17 DATED: 4/23/2009

18                                 _____/s/_____
                                   DOUGLAS HORNGRAD
19                                 Counsel for Defendant Frances Lee

21 DATED: 4/23/2009                _____/s/_____
                                   JOHN RUNFOLA
22                                 Counsel for Defendant Timothy Lee

24                      **[PROPOSED] ORDER**

25     Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY
26 ORDERED THAT the time from April 23, 2009 through and including May 10, 2009 is
27 excluded from the time requirements of the Speedy Trial Act.  The Court finds that the
28 time is excludable due to the unavailability of government counsel during that time period

[PROP.] ORDER
[CR 09 0415] [VRW]                 2

1  and in order to provide continuity of government counsel and reasonable time necessary
2  for effective preparation, taking into account the exercise of due diligence.

4  IT IS SO ORDERED.

7  DATED:  April 24, 2009
8  BERNARD ZIMMERMAN
   United States Magistrate Judge



[PROP.] ORDER
[CR 09 0415] [VRW]                3